# Exhibit A

Honorable Carl J. Nichols
United States District Court

We are writing this letter on behalf of our contractor and friend John Delbridge Jr.  We were truly blessed to have met John 3 years ago when we were seeking to find someone to build our forever home in the Coeur d Alene area.  We had spoke with several other contractors regarding the build and to be honest weren't very impressed with their demeanor or integrity and got the impression they were just trying to gouge us! Our first phone call lasted 45 minutes with John and just from that conversation we knew he was the right fit for us. His up front honesty was very refreshing!
 During the building process of our home we were living in our RV and My husband Michael was working remotely and needed WiFi. Unfortunately the WiFi reception in the camp area we were staying in was horrible!  Once John heard of our situation and out of the kindness of his heart John offered for Michael to use one of his extra offices to do his work there everyday. Words cannot describe what a huge help that was for us!
Since we had came to the Coeur d Alene area from another state  and knew absolutely nobody John and his wife's friendship became absolutely invaluable!
Since that very first phone call until now we have been blessed getting to know John's family and consider them wonderful friends! Two of Johns sons helped in the building of our Beautiful new home and we would often comment to John what kind and polite young men he and his wife had raised and he should be very proud!
Having the pleasure of watching John and his family we know he is the rock that holds his family together! It has been so wonderful getting to know him!

Sincerely,

Michael and Marda Phelan

Exhibit A